IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **J.T. BLAKNEY** § | | **PLAINTIFF** |
| § | | |
| **v.** § | | **CIVIL NO.: 1:16cv367-HSO-JCG** |
| § | | |
| **SUBWAY ON BROAD AVENUE et al.** § | | **DEFENDANTS** |

## FINAL JUDGMENT

This matter is before the Court on the Report and Recommendation [7] of United States Magistrate Judge John C. Gargiulo, entered on December 21, 2016, recommending that the Court dismiss the Complaint [1] filed by Plaintiff J.T. Blakney without prejudice for failure to prosecute his case and to comply with this Court's Orders.  The Court, after a full review and consideration of the record as a whole and relevant legal authority, finds that in accord with its Order entered herewith adopting the Report and Recommendation [7],

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, this civil action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 23rd day of February, 2017.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE